THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR17-0203-JCC |
| Plaintiff, | ORDER |
| v. | |
| DARRYL KILGORE and ELIZABETH EVANS, | |
| Defendants. | |

This matter comes before the Court on Defendant Darryl Kilgore's unopposed motion to continue the pretrial motions filing date and trial date (Dkt. No. 178). Having considered the motion, Defendants' speedy trial waivers (Dkt. Nos. 179, 181), and the relevant record, the Court hereby GRANTS the motion and FINDS as follows:

(a)     In light of the circumstances presented in the defendants' motion, failure to grant a continuance in this proceeding would likely result in a miscarriage of justice, as set forth in 18 U.S.C. § 3161(h)(7)(B)(i);

(b)     taking into account the exercise of due diligence, a failure to grant a continuance in this case would deny defense counsel the reasonable time necessary for effective preparation due to counsel's need for more time to review and gather evidence, prepare pretrial motions, and consider possible defenses for this complex case, as set forth in 18 U.S.C. § 3161(h)(7)(B)(iv);

(c) the additional time requested is a reasonable period of delay, as Defendant has requested more time for recently appointed counsel to prepare for trial, to review substantial discovery, and to consider possible defenses;

(d) the ends of justice will best be served by a continuance, and the ends of justice outweigh the best interests of the public and the defendant in any speedier trial, as set forth in 18 U.S.C. § 3161(h)(7)(A);

(e) the additional time requested between the current trial date of August 13, 2018 and the new trial date is necessary to provide defense counsel the reasonable time necessary to prepare for trial, considering the scope of the evidence and complexity of the case; and

(f) the period of delay from the date of this order to the new trial date is excludable time pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv).

The Court therefore ORDERS that the trial date in this matter shall be continued to February 11, 2019, and that pretrial motions shall be filed no later than October 11, 2018.

DATED this 18th day of July 2018.

John C. Coughenour
UNITED STATES DISTRICT JUDGE