UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>    v.<br><br>ELIZABETH EVANS,<br><br>                  Defendant. | CASE NO. CR17-203 JCC<br><br>**ORDER GRANTING MOTION TO MODIFY APPEARANCE BOND** |

The Court GRANTS defendant's motion to modify the conditions of the appearance bond, Dkts. 19, 188, and ORDERS the special condition that defendant submit to drug and alcohol <u>testing</u> is eliminated. However, the condition that defendant shall not use or possess alcohol or drugs and must possess a valid prescription for the possession and use of prescribed drugs is maintained. All other conditions of the original appearance bond and order of release also remain in effect. The clerk shall provide a copy of the order to the parties and to the assigned District Judge.

DATED this 7th day of August, 2018.

_____
BRIAN A. TSUCHIDA
Chief United States Magistrate Judge

ORDER GRANTING MOTION TO MODIFY
APPEARANCE BOND - 1

ORDER GRANTING MOTION TO MODIFY
APPEARANCE BOND - 2