THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR17-0203-JCC |
| Plaintiff, | ORDER |
| v. | |
| DARRYL KILGORE and ELIZABETH EVANS, | |
| Defendants. | |

This matter comes before the Court on Defendants' motion to continue the trial date to at least September 9, 2019 (Dkt. No. 214). Defendants have waived their rights under the Speedy Trial Act, 18 U.S.C. §§ 3161–3174, for the period up to and including October 14, 2019. (Dkt. Nos. 215, 218.) Having thoroughly considered the parties' briefing, Defendants' speedy trial waivers, and the relevant record, the Court finds oral argument unnecessary and hereby GRANTS the motion and finds as follows:

(a) In light of the circumstances presented in Defendants' motion, failure to grant a continuance in this proceeding would likely result in a miscarriage of justice, as set forth in 18 U.S.C. § 3161(h)(7)(B)(i).

(b) Taking into account the exercise of due diligence, a failure to grant a continuance in this case would deny defense counsel the reasonable time necessary for effective preparation

due to counsel's need for more time to review and gather evidence, prepare pretrial motions, and consider possible defenses for this complex case, as set forth in 18 U.S.C. § 3161(h)(7)(B)(iv).

(c) The additional time requested is a reasonable period of delay, as Defendants have requested more time for recently appointed counsel to prepare for trial, to review substantial discovery, and to consider possible defenses.

(d) The ends of justice will best be served by a continuance, and the ends of justice outweigh the best interests of the public and Defendants in a speedier trial, as set forth in 18 U.S.C. § 3161(h)(7)(A).

(e) The additional time requested between the current trial date of February 11, 2019 and the new trial date is necessary to provide defense counsel the reasonable time necessary to prepare for trial, considering the scope of the evidence and complexity of the case.

(f) The period of delay from the date of this order to the new trial date is excludable time pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv).

The Court therefore ORDERS that the trial date in this matter shall be continued to September 9, 2019, and that pretrial motions shall be filed no later than August 5, 2019.

DATED this 22nd day of October 2018.

John C. Coughenour
UNITED STATES DISTRICT JUDGE