THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALEXANDRA SHELBURNE, *et al.*,<br><br>Defendants. | CASE NO. CR17-0203-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. On July 3, 2019, the Court continued the trial date from September 9, 2019 to December 2, 2019. (Dkt. No. 230.) The pretrial motions deadline is hereby CONTINUED to September 12, 2019 to correspond with the new trial date.

DATED this 11th day of July 2019.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk