THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR17-0203-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| ALEXANDRA SHELBURNE, *et al*., | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to continue the pretrial motions deadline as to Defendants Darryl Kilgore and Elizabeth Evans (Dkt. No. 236). Having thoroughly considered the motion and the relevant record, the Court hereby GRANTS the motion and ORDERS that any pretrial motions shall be filed no later September 26, 2019.

DATED this 3rd day of September 2019.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk