THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR17-0203-JCC |
| Plaintiff, | ORDER |
| v. | |
| ELIZABETH EVANS, | |
| Defendant. | |

This matter comes before the Court on Defendant's *ex parte* motion for transportation expenses for her change of plea hearing (Dkt. No. 243).

When a defendant is released and her subsequent appearance is a condition of the release, the court—upon finding that the defendant is financially unable to appear and that the interests of justice will be served—may authorize United States Marshals to arrange for a defendant's "means of noncustodial transportation or furnish the fare for such transportation to the place where [her] appearance is required." 18 U.S.C. § 4285.

Defendant presently resides in Las Vegas, Nevada. (Dkt. No. 243 at 1.) Defendant is scheduled to appear for a change of plea hearing on October 25, 2019, at 11:30 a.m. in Seattle, Washington. (*Id*.) The Court previously found Defendant indigent and appointed counsel. (*See* Dkt. No. 17.) Therefore, the Court FINDS that Defendant is financially unable to appear as directed and that the interests of justice would be served by the provision of transportation by the

Government.

The Court therefore ORDERS the United States Marshals to arrange and pay for Defendant's non-custodial, roundtrip transportation from the McCarran International Airport in Las Vegas, Nevada, to Seattle, Washington, arriving in the early morning of October 25, 2019, and returning to Las Vegas, Nevada, in the afternoon or evening of October 25, 2019, in order for her to be present in this district for her required court appearance on October 25, 2019. Further, the Court authorizes the United States Marshals to furnish Defendant with an amount of money for subsistence expenses that will not exceed the amount authorized as a *per diem* allowance for travel under 5 U.S.C. § 5702(a).

DATED this 22nd day of October 2019.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
CR17-0203-JCC
PAGE - 2