THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR17-0203-JCC |
| Plaintiff, | ORDER |
| v. | |
| ELIZABETH EVANS, | |
| Defendant. | |

This matter comes before the Court on Defendant's *ex parte* motion for transportation expenses for her sentencing hearing (Dkt. No. 261).

When a defendant is released and her subsequent appearance is a condition of the release, the court—upon finding that the defendant is financially unable to appear and that the interests of justice will be served—may authorize the United States Marshals to arrange for a defendant's "means of noncustodial transportation or furnish the fare for such transportation to the place where [her] appearance is required." 18 U.S.C. § 4285.

Defendant presently resides in Las Vegas, Nevada. (Dkt. No. 261 at 1.) Defendant is scheduled to appear for a sentencing hearing on Tuesday, February 11, 2020, at 9:30 a.m. in Seattle, Washington. (*Id.*; Dkt. No. 254.) The Court previously found Defendant indigent and appointed counsel. (*See* Dkt. No. 17.) While Defendant has secured employment during her pretrial release, she states that she remains financially unable to pay the transportation costs

1 | necessary to appear before the Court for her sentencing hearing. (*See* Dkt. No. 261 at 2.) The
2 | Court accordingly FINDS that Defendant is financially unable to appear as directed and that the
3 | interests of justice would be served by the provision of transportation by the Government.
4 |     Therefore, having thoroughly reviewed Defendant's *ex parte* motion (Dkt. No. 261) and
5 | the relevant record, the Court hereby GRANTS Defendant's motion. The Court ORDERS the
6 | United States Marshals to arrange and pay for Defendant's non-custodial, roundtrip
7 | transportation from the McCarran International Airport in Las Vegas, Nevada, to Seattle,
8 | Washington, arriving in the evening of February 10, 2020, and returning to Las Vegas, Nevada,
9 | in the afternoon or evening of February 11, 2020, in order for Defendant to be present in this
10 | district for her required court appearance on February 11, 2020.
11 |     DATED this 6th day of February 2020.

[signature]

John C. Coughenour
UNITED STATES DISTRICT JUDGE